UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWIN BLAINE GRASS, SR.,<br><br>Defendant. | 5:23-CR-50086-01-KES<br><br>ORDER ADOPTING AS MODIFIED REPORT & RECOMMENDATION |

On August 4, 2023, defendant, Edwin Blaine Grass, Sr., appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty the Indictment. The Indictment charges him with Failure to Register in violation of 18 U.S.C. § 2250(a). The parties waived any objection to the report and recommendation. Although not explicitly mentioned in the Report and Recommendation, as part of the plea, the parties agreed that the Government would dismiss defendant's case in 5:23-CR-50032 upon imposition of the sentence. Docket 13 ¶ C. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 19) is adopted as modified to reflect the parties' agreement that the Government will dismiss defendant's case in 5:23-CR-50032 upon imposition of sentence in this case.

The defendant is adjudged guilty of Failure to Register in violation of 18 U.S.C. § 2250(a).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on October 24, 2023 at 10:30 a.m. in Rapid City Courtroom 2.

Dated August 4, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE